UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America ) | Docket No. 4:08CR00368-003 |
| Vs. ) | |
| ) | ORDER TO RESCIND PETITION FOR |
| ) | VIOLATION OF SUPERVISED RELEASE |
| Kevin Pendergrass ) | |
| ) | |

On April 14, 2014, the U.S. Probation Office requested a warrant be issued by the Court subsequent to the defendant's arrest by the Williamsburg County Sheriff's Office for Drugs/Manufacture, Possession of Other Substances in Schedule I, II, III or Flunitrazepam or Analogue, With Intent to Distribute, First Offense (one count), Second Offense (three counts) and Resisting Arrest. On August 12, 2014, the defendant was arrested and made an initial appearance before the U.S. Magistrate Judge, at which time, detention was ordered. After his initial appearance, the probation officer was advised by the Williamsburg County Solicitor's Office that all above-noted charges were disposed Nolle Prosequi/dismissed due to insufficient evidence.

Based on Nolle Prosequi disposition by the Williamsburg County Solicitor, the Petition for Violation of Supervised Release filed on April 17, 2014, is rescinded with leave to restore with good cause. The violations outlined in the Petition for Warrant or Summons for Offender Under Supervision is held in abeyance. The defendant is released from detention ordered on August 12, 2014, and the term of supervised release is restored to active supervision as originally imposed.

IT IS SO ORDERED.

_Terry L. Wooten_
Terry L. Wooten
Chief United States District Judge

_August 28, 2014_
Date